BELDEN ROACH, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Roach* v. *City of New York*, 105 App. Div. 642, affirmed.
(Argued November 19, 1906; decided December 4, 1906.)

APPEAL from a judgment entered July 24, 1905, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed an interlocutory

judgment of Special Term sustaining a demurrer to the complaint in an action to recover money alleged to have been involuntarily paid for void and illegal taxes.

*Alfred A. Wheat* and *Francis Dana* for appellant.

*William B. Ellison*, Corporation Counsel (*George S. Coleman* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.